IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 26 C 674 |
| EVANS AND SON BLACKTOP, INC., an Illinois corporation, | ) ) ) | JUDGE JEFFREY I. CUMMINGS |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, EVANS AND SON BLACKTOP, INC., an Illinois corporation, in the total amount of $3,039,996.10, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,450.75.

On January 27, 2026, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Robin Metzger, Accountant) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on February 17, 2026.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\fvlj\evans and son blacktop\2025\motion for default and judgment.docx

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of February 2026:

       Mr. Brian Murphy, Registered Agent
       Evans and Son Blacktop, Inc.
       1700 N. Farnsworth Avenue, Suite 12
       Aurora, IL  60505-1186


          /s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\fvlj\evans and son blacktop\2025\motion for default and judgment.docx