IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 26 C 674 |
| EVANS AND SON BLACKTOP, INC., an Illinois corporation, | ) ) ) | JUDGE JEFFREY I. CUMMINGS |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on March 2, 2026 [Dkt. 13], request this Court enter judgment against Defendant, EVANS AND SON BLACKTOP, INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1.      On March 2, 2026, this Court entered default against Defendant pursuant to FVCP 55(a) and directed Plaintiffs to proceed with filing a motion for entry of judgment.

2.      An audit was performed upon the payroll books and records of the Defendant by Calibre CPA Group, PLLC, Certified Public Accountants.  The audit covered the period from March 1, 2021 through July 31, 2024.  (See Affidavit of Deborah L. French).

3.      Upon such audit, it is determined that Defendant owes Plaintiffs the amounts set forth below:

| Contributions | Liquidated Damages | Interest |
|---|---|---|
| $1,864,199.31 | $186,419.94 | $970,454.13 |

4. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant based on the unpaid contributions due pursuant to the audit in the total amount of $186,419.94 and an interest surcharge has been assessed on the unpaid audit contributions in the amount of $970,454.13. (French Aff. Par. 6).

5. has submitted monthly contribution reports for the months of October 2024 through December 2024 and April 2025, but has failed to submit the contributions in the amount of $14,163.43 which it acknowledges therein to be due. (French Aff. Par. 7(b)).

6. Defendant has been assessed a liquidated damages surcharge based on the unpaid contributions due for the months of October 2024 through December 2024 and April 2025 in the total amount of $2,745.54. (French Aff. Par. 7(c)).

7. Plaintiffs' auditors, Calibre CPA Group, PLLC, has charged the Trustees the sum of $2,013.75 for auditing fees, which sum has been paid. Pursuant to the terms of the Trust Agreements to which Defendant is bound, Defendant has agreed to be liable for payment of said sum. (French Aff. Par. 8).

8. In addition, Plaintiffs' firm has expended $555.00 for costs and $895.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

9. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $3,041,446.85.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $3,041,446.85.

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\fvlj\evans and son blacktop\2025\motion for entry of judgment 3-26-26.docx

## <u>CERTIFICATE OF SERVICE</u>

        The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail and Certified Mail/Return Receipt Requested to the following non-CM/ECF participants on or before the hour of <u>5:00 p.m.</u> this <u>26th</u> day of <u>March 2026</u>:

        Mr. Brian Murphy, Registered Agent
        Evans and Son Blacktop, Inc.
        1700 N. Farnsworth Avenue, Suite 12
        Aurora, IL  60505-1186

        Mr. Flem Evans, President
        Evans and Son Blacktop, Inc.
        3N775 Powis Road
        West Chicago, IL  60185-1044

        /s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\fvlj\evans and son blacktop\2025\motion for entry of judgment 3-26-26.docx